**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 03-6332**

───────────────

KRIS SARAYN KOLLYNS, a/k/a Kristopher S.
Kollins, a/k/a John Wayne Todd, a/k/a Johnnie
W. Todd,

                                    Plaintiff - Appellant,

        versus

JOHN DOE, an FBI agent; WILLIAM D. CATOE;
CALVIN ANTHONY; STANLEY B. BURT, JR.; CHARLES
CEPAK; GEORGE CHASTINE; JEFF BENTLEY; LEROY
CARTLEDGE; KENNETH CHAPPELLE,

                                    Defendants - Appellees.

───────────────

Appeal from the United States District Court for the District of
South Carolina, at Columbia. Joseph F. Anderson, Jr., Chief
District Judge. (CA-02-672-3-17-BC)

───────────────

Submitted: May 29, 2003            Decided: June 4, 2003

───────────────

Before WILKINSON, MICHAEL, and TRAXLER, Circuit Judges.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Kris Sarayn Kollyns, Appellant Pro Se. Steven Michael Pruitt,
MCDONALD, PATRICK, TINSLEY, BAGGETT & POSTON, Greenwood, South
Carolina; Christie Newman Barrett, OFFICE OF THE UNITED STATES
ATTORNEY, Columbia, South Carolina, for Appellees.

───────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Kris Sarayn Kollyns appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on Kollyns' civil rights action. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Kollyns v. Doe, No. CA-02-672-3-17-BC (D.S.C. Feb. 6, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2